JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STAFFORD JOEL SPICER, | ) | Case No. LA CV 16-7757 BRO (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DANIEL PARAMO, *Warden*, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability.

DATED: October 26, 2016

HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE